IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOHN E. CORN, JR., )
 )
    Petitioner, )
 )
v. ) CASE NOS. CV417-209
 )           CR491-151
UNITED STATES OF AMERICA, )
 )
    Respondent. )
 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 4.) After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's 28 U.S.C. § 2255 petition is **DISMISSED**. In addition, Petitioner is not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. The Clerk of Court is **DIRECTED** to close this case.

In a response titled "Objection," Petitioner asks only that he be granted an extension of time to obtain from the Eleventh Circuit Court of Appeals leave to file a second or successive petition. (Doc. 7 at 1.) However, the Court previously granted that motion. (Doc. 6.) Regardless,



Petitioner's § 2255 petition must be dismissed as successive.

SO ORDERED this 31ST day of January 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA